# United States District Court
## Violation Notice

| CVB Location Code | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| P 0611528 | M. Back | 9181 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 8/3/07 2115hrs | 36 CFR 4.21(c) |

**Place of Offense:** West of Yellow Pines

**Offense Description:** Speed 49/35 mph zone

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Brown | Robert | |

Street Address: 

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Van Nuys | CA | 91406 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| C7347790 | CA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: Brn   Height: 6-3   Weight: 180

### VEHICLE DESCRIPTION  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 6AAA443 | CA | 05 | Saturn SUV | Silver |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MA # 07-3058

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Officer's Copy (Pink)    NPS 10-50 (Rev. 7-05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 3rd**, 20 **07** while exercising my duties as a law enforcement officer in the **Eastern** District of **California** in Yosemite National Park

While parked in Yosemite Valley, (fully marked NPS patrol Vehicle #G14-01502) on South Side Driver just west of Yellow Pines, I observed a silver Saturn SUV, traveling eastbound at what appeared to be an excessive speed (visual estimation 45 mph). I confirmed the Saturn's speed to be 49 mph (posted 35 mph speed limit) using my Kustom Signals Inc. Golden Eagle radar unit # ED-0317. Radar was in stationary mode at the time of the register and the speed was locked immediately after my initial visual estimation.

I stopped the vehicle and identified the driver by a valid CA driver's license as Robert BROWN. Radar function and calibration was checked before and at the end of my shift.

BROWN was arrested for 36 CFR 4.21(c), excessive speed and violation of restraining order.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **8/3/07** _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge